JACQUES BEUGELMANS         (S.B. #70166)
Attorney at Law
1901 Avenue of the Stars
Suite 1900
Los Angeles, California 90067-6021
(310) 203-8870

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA PAALUHI, | ) |
| Plaintiff, | ) NO. C 06-00937 MMC |
| | ) |
| -vs- | ) STIPULATION OF DISMISSAL |
| | ) AND [PROPOSED] ORDER |
| UNITED STATES OF AMERICA; and DOES 1 through 10, Inclusive, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO AGREED AND STIPULATED.

DATED: _5/23_, 2006.

_____
JACQUES BEUGELMANS
Attorney for Plaintiff

DATED: _6/05_, 2006.

_____
KATHERINE DOWLING, AUSA
Attorney for Defendant

Stipulation of Dismissal                    -1-

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

DATED: \_\_June 5_____, 2006.

*[signature: Maxine M. Chesney]*

MAXINE M. CHESNEY, Judge
United States District Court

-2-
Stipulation of Dismissal